IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -9 P 3: 05

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

**LORI DENISE RHOADS,**
*Plaintiff,*

v.

**FEDERAL DEPOSIT INSURANCE CORP., et. al.,**
*Defendants.*

C.A. No. CCB-94-1548

### ORDER

Upon consideration of Plaintiff's Motion to Extend Time for Filing a Response to Defendants' Motion for Summary Judgment on Damages and to Strike Plaintiff's Jury Demand ("Def. Mot."), it is hereby

ORDERED that the motion is GRANTED; and it is

ORDERED that the deadline for Plaintiff's Response in opposition to Def. Mot. shall be extended to July 29, 2002; and it is

FURTHER ORDERED that Defendants shall have 10 days to file a reply.

SO ORDERED.

Dated: 7/9 , 2002

_____
United States District Judge