IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LORI D. RHOADS

v.  :  Civil Action No. CCB-94-1548

FEDERAL DEPOSIT INSURANCE
CORPORATION, IN ITS CAPACITY AS
RECEIVER FOR STANDARD FEDERAL
SAVINGS BANK AND STANDARD
FEDERAL SAVINGS ASSOCIATION

NOV 07 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. defendant FDIC's motion for summary judgment on damages (Docket No. 149) is **GRANTED IN PART AND DENIED IN PART**;

2. defendant FDIC's motion to strike plaintiff's jury demand (Docket No. 149) is **DENIED**; and

3. copies of this Order and the accompanying Memorandum shall be sent to Ms. Rhoads and counsel of record.

__11/7/02__
Date

__/s/ Catherine C. Blake__
Catherine C. Blake
United States District Judge