IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LORI DENISE RHOADS

v.   CIVIL NO. CCB-94-1548

FEDERAL DEPOSIT INSURANCE
GROUP CORP., ET AL.

...oOo...

## ORDER

The attached Plaintiff's Pretrial Order and Defendant FDIC's Pretrial Order are hereby filed to govern the (2-3 day) jury trial of this case comencing **December 9, 2002**. Counsel and the plaintiff should come to my chambers at 9:30 a.m. that morning.

**SO ORDERED** this 25 day of November, 2002.

_____
Catherine C. Blake
United States District Judge