IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LORI RHOADS
    Plaintiff

v.                             Case No. CCB-94-1548

FEDERAL DEPOSIT INSURANCE
CORP. AS RECEIVER FOR STANDARD
FEDERAL SAVINGS ASSOCIATION
    Defendant

\*\*\*\*\*\*

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of the plaintiff Lori Rhoads against the defendant FDIC, it is this _16_ day of December, 2002,

**ORDERED,**

1.    Judgment is entered in favor of plaintiff Lori Rhoads against defendant FDIC, in the amount of $120,006.00 for monetary damages; and

2.    Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

                                                    Catherine C. Blake
                                                    United States District Judge

U.S. District Court (Rev. 12/2000) - Order of Judgment (in favor of Defendant)