IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LORI DENISE RHOADS,**<br>*Plaintiff,*<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORP., et. al.,**<br>*Defendants.* | C.A. No. CCB-94-1548 |

## ORDER

Upon consideration of Plaintiff's Motion to extend time for filing post-trial motions, costs and a response in opposition to Defendants' post-trial motions, it is hereby

ORDERED that the motion is GRANTED; and it is

ORDERED that the deadline for Plaintiff's post-trial motions, costs and a response in opposition to Defendants' post-trial motions shall be extended to January 27, 2003; and it is

FURTHER ORDERED that Defendants shall have 10 days to file a reply.

SO ORDERED.

Dated: /an. 27, 2003

_____
United States District Judge